# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 11, 2017

## NO. 03-16-00545-CV

**Alejos Perez, Appellant**

**v.**

**City of Fort Worth; Tarrant County, Texas; and J. R. Molina, Appellees**

**APPEAL FROM THE 345TH DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE JUSTICES PURYEAR, PEMBERTON, AND FIELD**
**AFFIRMED -- OPINION BY JUSTICE FIELD**

This is an appeal from the orders signed by the trial court on August 5, 2016 and August 8, 2016. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the orders. Therefore, the Court affirms the trial court's orders. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.